THE PEOPLE OF THE STATE OF NEW YORK v HECTOR LEON.

Concur — Kupferman, J. P., Carro, Fein and Milonas, JJ.